UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER SALASKER LUCAS,<br><br>        Petitioner,<br><br>    v.<br><br>MATTHEW MARTEL, Warden,<br><br>        Respondent. | Case No. CV 09-02782-ABC (CT)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation. The court concurs with and adopts the findings, conclusions, and recommendations of the magistrate judge.

    IT IS ORDERED that judgment be entered denying the petition for writ of habeas corpus and dismissing this action with prejudice.

DATED:   October 19, 2009

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE