UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WEBSTER SALASKER LUCAS, | ) | Case No. CV 09-02782-ABC (CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| | ) | |
| MATTHEW MARTEL, Warden | ) | |
| | ) | |
| Respondent. | ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED:   October 19, 2009

*Audrey B. Collins*
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE